1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5



FILED

NOV 05 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                     EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,    )   01: 07-CR-00272 LJO
9                               )
              Plaintiff,        )
10                              )   ORDER UNSEALING
   v.                           )   INDICTMENT AND
11                              )   WARRANTS OF ARREST
   LARRY DONNELL JONES,         )
12 CHRISTINA MICHELLE DAVIS, and)
   ANTONIO LAMAR PRATT,         )
13                              )
              Defendants.       )
14 _____)

15
        The indictment and warrant of arrest in this case, having been
16
   sealed by Order of this Court pursuant, and it appearing that it no
17
   longer need remain secret,
18
        IT IS HEREBY ORDERED that the indictment and warrants of arrest
19
   be unsealed and made public record.
20

21

22

23 DATED: Nov 5, 2007                  _____
24                                     United States District Judge

25

26

27

28