

FILED

DEC 1 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>vs.                               )<br>                                  )<br>LARRY DONNELL JONES               )<br>CHRISTIE MICHELLE DAVIS           )<br>                                  )<br>            Defendants,           )<br>_____) | 1:07-CR-272 LJO<br><br>ORDER TO U.S. MARSHAL |

**IT IS HEREBY ORDERED** that the United States Marshal shall furnish the defendants, Larry Donnell Jones and Christie Michelle Davis, with the airline ticketing or other travel expenses as necessary for the defendant to travel from Fresno, California to Anchorage, Alaska.

**IT IS SO ORDERED.**

DATED: December 14, 2007

_____
LAWRENCE J. O'NEILL  Judge
Eastern District of California

1