ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHRISTINA DAVIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 07-00272 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER EXCUSING PERSONAL PRESENCE OF DEFENDANT** |
| CHRISTINA DAVIS, | ) | |
| Defendant. | ) | |

PURSUANT TO THE REQUEST OF THE DEFENDANT, AND WITH THE CONCURRENCE OF THE UNITED STATES ATTORNEY, It is hereby ordered that defendant Christina Davis be excused from personal presence at the hearing on discovery motions calendared for March 14, 2008.

Ms. Davis is ordered to appear at all future hearing dates unless excused by written order of this Court.

IT IS SO ORDERED.

**Dated:   February 21, 2008**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1