ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendants, CHRISTINA DAVIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTINA DAVIS, ET AL.<br><br>    Defendants.<br>_____ | CASE NO. 07-00272<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference presently calendared for August 22, 2008 be continued to September 12, 2008 at 9:00 a.m. in order to allow the government to determine if additional discovery, requested by defendant Christina Davis, exists. Further, the government has been in settlement negotiations with defendants Jones and Davis. Mr. Jones submitted a plea memorandum. The prosecutor, at this point in time, is unsure whether the government will determine that the plea offers extended to defendants Jones and Davis are a "package offer" or whether the government is willing to accept a plea from Mr. Jones alone.

    Counsel for the government has, this week, been attending a conference away from Fresno. Counsel will not have access to his case file until he returns to Fresno on August 22, 2008.

    Defendants Jones and Davis reside in Anchorage, Alaska. They have extremely meager financial resources. Their counsel are quite concerned that they

1  will dissipate their limited travel resources, if they are required to travel to Fresno
2  before negotiations are completed.
3      In light of the foregoing, all counsel have agreed to, with permission of the
4  court, continue the status conference to resolve the outstanding issues regarding
5  case resolution and discovery.
6      The parties also agree that any delay resulting from this continuance shall
7  be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
8  3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  August 20, 2008         /s/ Stanley A. Boone
                                STANLEY A. BOONE
                                Assistant United States Attorney
                                **This was agreed to by Mr. Boone
                                via telephone on August 20, 2008**

DATED:  August 20, 2008         /s/ Robert Rainwater
                                ROBERT RAINWATER
                                Attorney for Defendant
                                LARRY JONES
                                **This was agreed to by Mr. Rainwater
                                via telephone on August 20, 2008**

DATED:  August 20, 2008         /s/ Daniel Bacon
                                DANIEL BACON
                                Attorney for Defendant
                                ANTONIO PRATT
                                **This was agreed to by Mr. Bacon
                                via telephone on August 20, 2008**

DATED:  August 20, 2008         /s/ Roger K. Litman
                                ROGER K. LITMAN
                                Attorney for Defendant
                                CHRISTINA DAVIS

GOOD CAUSE EXISTS PURSUANT TO THE STIPULATION, BUT ALL COUNSEL SHOULD BE READY TO ACCOMPLISH SOMETHING AT THE NEXT TRIAL, INCLUDING SELECTING A TRIAL DATE.IT IS SO ORDERED.

**Dated:   August 20, 2008**              **/s/ Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE