ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
Designated Counsel for Service
1430 Willamette Street, Suite 492
Eugene, Oregon 97401-4049
Telephone: (541) 344-1785

Counsel for Defendant
LARRY DONNELL JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>LARRY DONNELL JONES,<br>CHRISTINA MICHELLE DAVIS, and<br>ANTONIO LAMAR PRATT<br><br>    *Defendant*s. | NO. 1:07-CR-00272 LJO<br><br>STIPULATION TO CONTINUE MOTIONS HEARING, AND ORDER THEREON<br><br>Date:  November 17, 2008<br>Time:  9:00 a.m.<br>Judge: Honorable Lawrence J. O'Neill |

### STIPULATION

It is hereby stipulated by and between the parties hereto that the hearing on the motions in the above entitled matter previously set for October 14, 2008, be continued to **November 17, 2008, at 8:45 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

McGREGOR W. SCOTT
United States Attorney

DATED: October 8, 2008         By:   /s/ Stanley A. Boone
                                     STANLEY A. BOONE
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


DATED: October 8, 2008         By:   /s/ Robert W. Rainwater
                                     ROBERT W. RAINWATER
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Larry Donnell Jones

DATED: October 8, 2008         By:   /s/ Roger K. Litman
                                     ROGER K. LITMAN
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Christina Michelle Davis

DATED: October 8, 2008         By:   /s/ Daniel Bacon
                                     DANIEL BACON
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Antonio Lamar Pratt


## ORDER

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   October 8, 2008**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Stip. to Continue Mtns Hrg and Order            2