McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00272 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND PROPOSED ORDER |
| v. | |
| LARRY DONNELL JONES, CHRISTINA MICHELLE DAVIS, and ANTONIO LAMAR PRATT, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, Robert Rainwater, Attorney for Defendant, LARRY DONNELL JONES, Roger Litman, Attorney for Defendant, CHRISTINA MICHELLE DAVIS, and Daniel Bacon, Attorney for Defendant, ANTONIO LAMAR PRATT, that the Status Conference currently scheduled for November 17, 2008, at 8:00 a.m., may be continued to December 5, 2008, at 9:00 a.m.

The continuance is necessary due to fact that the parties are negotiating plea dispositions in the case. The attorney for the government has been unavailable to meet and discuss the matter with other counsel from the beginning of October to early last week. In light of some of the negotiations which have taken place since last week, additional information will need to be provided by the parties and discussions will more than likely be needed with the victim in the case in order to adequate negotiate

1  pleas in this case.  The parties feel that the necessity for a hearing on November 17, 2008 will not
2  accomplish anything other than to request a continuance.  The parties feel that by Friday, December 5,
3  2008, the requested continuance date, that the parties will know whether the case will plea or whether
4  the matter can be set for trial.
5      The parties agree that time continues to be excluded pursuant to the Speedy Trial Act under 18
6  U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the
7  parties' preparation of the case.

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: November 13, 2008           By    /s/ STANLEY A. BOONE
                                         STANLEY A. BOONE

DATED:  November 13, 2008          By    /s/ ROBERT RAINWATER
                                         ROBERT RAINWATER
                                         Attorney for Defendant,
                                         LARRY DONNELL JONES

DATED:  November 13, 2008          By    /s/ ROGER LITMAN
                                         ROGER LITMAN
                                         Attorney for Defendant,
                                         CHRISTIE DAVIS

DATED: November 13, 2008           By    /s/ DANIEL BACON
                                         DANIEL BACON
                                         Attorney for Defendant,
                                         ANTONIO LAMAR PRATT

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference currently scheduled for November 17, 2008, at 8:00 a.m. is continued to December 5, 2008, at 9:00 a.m.  Time is excluded for the good cause stated by counsel in their stipulation.

IT IS SO ORDERED.

**Dated:   November 13, 2008**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE