McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-CR-00272 LJO |
| Plaintiff, ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND PROPOSED ORDER |
| v. ) ) | |
| LARRY DONNELL JONES, CHRISTINA MICHELLE DAVIS, and ANTONIO LAMAR PRATT, ) ) ) ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, Robert Rainwater, Attorney for Defendant, LARRY DONNELL JONES, Roger Litman, Attorney for Defendant, CHRISTINA MICHELLE DAVIS, and Daniel Bacon, Attorney for Defendant, ANTONIO LAMAR PRATT, that the Status Conference currently scheduled for December 5, 2008, at 9:00 a.m., may be continued to January 23, 2009, at 9:00 a.m.

The continuance is necessary due to fact that the parties are negotiating plea dispositions in the case. The attorney for the government has received counter offers from two of the defendants and has countered back another offer to one of the defendants. One of the defendant's counsel was unable to convey and discuss the offer with his client until the end of this week and the other counter offer by the defendant requires that the government conduct further investigation. Counsel for the government will be out of the country on business from December 12 to December 20 and will also be on personal leave

after that time until January 6, 2009.  Continuance to the January 23, 2009 will allow the parties to adequately investigate and convey and accept or reject the offers.

      The parties agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

                                            McGREGOR W. SCOTT  
                                            United States Attorney

DATED: December 3, 2008                By   /s/ STANLEY A. BOONE  
                                                      STANLEY A. BOONE

DATED:   December 3, 2008              By   /s/ ROBERT RAINWATER  
                                                      ROBERT RAINWATER  
                                                     Attorney for Defendant,  
                                                     LARRY DONNELL JONES

DATED:   December 3, 2008              By   /s/ ROGER LITMAN  
                                                     ROGER LITMAN  
                                                     Attorney for Defendant,  
                                                     CHRISTIE DAVIS

DATED: December 3, 2008                By   /s/ DANIEL BACON  
                                                     DANIEL BACON  
                                                     Attorney for Defendant,  
                                                     ANTONIO LAMAR PRATT

**ORDER**

      Good cause exists so that the Status Conference currently scheduled for December 5, 2008, at 9:00 a.m. is continued to January 23, 2009, at 9:00 a.m..  Time is waived, in that motions are currently pending.

IT IS SO ORDERED.

**Dated:   December 4, 2008**                 /s/ Lawrence J. O'Neill  
                                                UNITED STATES DISTRICT JUDGE