LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>LARRY DONNELL JONES, CHRISTINA MICHELLE DAVIS, and ANTONIO LAMAR PRATT,<br><br>   Defendants. | CASE NO.  1:07-CR-00272 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, Robert Rainwater, Attorney for Defendant, LARRY DONNELL JONES, Roger Litman, Attorney for Defendant, CHRISTINA MICHELLE DAVIS, and Daniel Bacon, Attorney for Defendant, ANTONIO LAMAR PRATT, that the Status Conference currently scheduled for January 23, 2009, at 9:00 a.m.  may be continued to February 6, 2009, at 9:00 a.m.

////

////

////

////

1

The parties agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

                                            LAWRENCE G. BROWN
                                            Acting United States Attorney

DATED: January 22, 2009          By          /s/ STANLEY A. BOONE
                                                      STANLEY A. BOONE

DATED:   January 22, 2009          By          /s/ ROBERT RAINWATER
                                                      ROBERT RAINWATER
                                                      Attorney for Defendant,
                                                      LARRY DONNELL JONES

DATED:   January 22, 2009          By          /s/ ROGER LITMAN
                                                      ROGER LITMAN
                                                      Attorney for Defendant,
                                                      CHRISTIE DAVIS

DATED:   January 22, 2009          By          /s/ DANIEL BACON
                                                      DANIEL BACON
                                                      Attorney for Defendant,
                                                      ANTONIO LAMAR PRATT

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference currently scheduled for January 23, 2009, at 9:00 a.m. is continued to February 6, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   January 22, 2009**                    /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE