ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHRISTINA DAVIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07-00272 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| CHRISTINA DAVIS, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference presently calendared for May 1, 2009, be continued to May 15, 2009 at 9:00 a.m.

This continuance is necessitated to give defense counsel an opportunity to review supplemental discovery with Ms. Davis in order that a decision can be made whether to resolve the case or to set it for trial.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: April 29, 2009 /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney
**This was agreed to by Mr. Boone in person on April 29, 2009**

1

DATED:  April 29, 2009         /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               CHRISTINA DAVIS

Good cause stated for the continuance as requested.

IT IS SO ORDERED.

**Dated:   April 29, 2009**              **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE