ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHRISTINA DAVIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTINA DAVIS,<br><br>    Defendant. | CASE NO.  1:07-CR-00272 LJO<br><br>**STIPULATION AND ORDER  TO CONTINUE STATUS CONFERENCE for change of plea** |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference presently calendared for July 17, 2009, be continued to August 7, 2009 at 8:30 a.m. for Ms. Davis to be personally present to enter her plea of guilty.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: July 16, 2009                /s/ James Terzian

1

JAMES TERZIAN
Assistant United States Attorney
**This was agreed to by Mr. Terzian via telephone on July 16, 2009**

DATED:  July 16, 2009          /s/ Roger K. Litm\_\_
                               ROGER K. LITMAN
                               Attorney for Defendant
                               CHRISTINA DAVIS

THE COURT HAS RECEIVED AND REVIEWED THE STIPULATION TO CONTINUE THE STATUS HEARING TO THE DATE OF AUGUST 7, 2009 AT 8:30 A.M. FOR THE PURPOSES OF A CHANGE OF PLEA.   THE REQUEST IS GRANTED, AND TIME IS EXCLUDED FOR FURTHER NEGOTIATIONS.

IT IS SO ORDERED.

**Dated:   July 16, 2009**          **/s/ Lawrence J. O'Neill**
                               UNITED STATES DISTRICT JUDGE