ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHRISTINA DAVIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00272 LJO |
| Plaintiff, | |
| v. | **STIPULATION AND TO CONTINUE STATUS CONFERENCE** |
| CHRISTINA DAVIS, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference presently calendared for November 6, 2009, be continued to November 20, 2009 at 9:00 a.m.

This continuance is necessitated as Ms. Davis is being seen in follow-up with her treating physician the afternoon of November 5, 2009.  At this time it is unknown when she will be cleared to travel to Fresno.

Defense counsel noted a distinct slurring of Ms. Davis' speech when he spoke with her on the phone, and needs additional information regarding her ability to proceed with this case.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  November 5, 2009            /s/ James Terzian
                                    JAMES TERZIAN
                                    Assistant United States Attorney
                                    **This was agreed to by Mr. Terzian via telephone on November 5, 2009**

1

DATED:  November 5, 2009          /s/ Roger K. Litm
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  CHRISTINA DAVIS

THE COURT HAS TRUST IN COUNSEL'S REPRESENTATION.  THAT SAID, AND THE CONTINUANCE GRANTED AS REQUESTED, ANY FURTHER NEED TO CONTINUE THE CASE BEYOND NOVEMBER 20, 2009 WILL REQUIRE MEDICAL DOCUMENTATION. SHORT OF THAT DOCUMENTATION, A WARRANT WILL BE ISSUED.  THIS CASE MUST EITHER PLEAD OR BE SET FOR A TRIAL WITH A FIRM DATE ON NOVEMBER 20, 2009 AT 9:00 A.M.

IT IS SO ORDERED.

**Dated:   November 5, 2009**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE