1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, CHRISTINA DAVIS

5
           IN THE UNITED STATES DISTRICT COURT FOR THE
6
                 EASTERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,    )   CASE NO. 1:07-CR-00272 LJO
                                )
9       Plaintiff,              )
                                )   **STIPULATION AND**
10      v.                      )   **ORDER TO**
                                )   **CONTINUE STATUS CONFERENCE**
11 CHRISTINA DAVIS,             )
                                )
12      Defendant.              )
   _____)
13
        The parties hereto, by and through their respective attorneys, stipulate and
14
   agree that the status conference presently calendared for November 20, 2009, be
15
   continued to December 18, 2009 at 9:00 a.m.
16
        The requested continuance is necessitated to allow the parties sufficient time
17
   to finalize negotiations, and to complete the paperwork needed for a plea on
18
   December 18, 2009.  Additionally, Ms. Davis will not be present at the status
19
   hearing on November 20, 2009, as she is still recovering from her recent surgery.
20
        The parties also agree that any delay resulting from this continuance shall
21
   be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
22
   3161(h)(8)(A) and 3161(h)(8)(B)(I).
23

24 DATED: November 19, 2009         /s/ James Terzian _____ _
                                    JAMES TERZIAN
25                                  Assistant United States Attorney
                                    **This was agreed to by Mr. Terzian**
26                                  **Via telephone on November 19, 2009**

27

28

                              1

1  DATED:  November 19, 2009         /s/ Roger K. Litm
                                     ROGER K. LITMAN
2                                    Attorney for Defendant
                                     CHRISTINA DAVIS
3
   THERE WILL BE NO FURTHER CONTINUANCES.  REQUEST GRANTED.
4

5  IT IS SO ORDERED.

6  **Dated:   November 19, 2009**            /s/ **Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28