ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHRISTINA DAVIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-CR-00272 LJO |
| Plaintiff, ) | |
| v. ) | **ORDER RE: STIPULATION TO CONTINUE STATUS CONFERENCE** |
| CHRISTINA DAVIS, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference for Christina Davis, presently calendared for March 12, 2010, be continued to September 10, 2010.

Since the last court appearance, on December 18, 2009, defense counsel has obtained, and each counsel has reviewed, a current report from Ms. Davis' treating physician in Alaska.  This agreement continue this matter for a status conference until August of 2010 is based upon the assessment and prognosis of Ms. Davis' doctor.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  March 10, 2010           /s/ Mark McKeon_____ _____
                                  MARK MCKEON
                                  Assistant United States Attorney
                                  **This was agreed to by Mr. Terzian Via email on March 10, 2010**

1

DATED:  March 10, 2010            /s/ Roger K. Litm
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  CHRISTINA DAVIS

GOOD CAUSE HAS BEEN STATED, BASED ON THE DEFENDANT'S HEALTH CONCERNS AND THEREFORE THE REQUEST IS GRANTED.  THE NEXT STATUS WILL TAKE PLACE ON SEPTEMBER 10, 2010 AT 8:45 A.M..

IT IS SO ORDERED.

**Dated:   March 10, 2010**              /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE