ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHRISTINA DAVIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-CR-00272 LJO |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| CHRISTINA DAVIS, ) | |
| Defendant. ) | |
| _____) | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference for Christina Davis, presently calendared for September 10, 2010, be continued to September 24, 2010.

    This continuance is necessitated by the time needed for counsel to obtain an updated assessment regarding Ms. Davis' progress subsequent to removal of a brain tumor.

    Ms. Davis will be evaluated by her treating physician on September 10, 2010 at 10:00 a.m. Counsel anticipates having an update in time to be able to report back to the court whether Ms. Davis' physical and cognitive abilities have progressed to the point that the matter can be reset for trial or whether other proceedings are appropriate.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  August 4, 2010 | /s/ Mark McKeon_____ <br> MARK MCKEON <br> Assistant United States Attorney |
| 3 | | **This was agreed to by Mr. McKeon** |
| 4 | | **Via email on August 3, 2010** |

DATED:  August 4, 2010             /s/ Roger K. Litm_____
                                   ROGER K. LITMAN
                                   Attorney for Defendant
                                   CHRISTINA DAVIS

GOOD CAUSE EXISTS FOR THE REQUEST.  IT IS GRANTED.

IT IS SO ORDERED.

**Dated:   August 4, 2010**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2