ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHRISTINA DAVIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        )<br>    Plaintiff,  )<br>        )<br>    v.  )<br>        )<br>CHRISTINA DAVIS,  )<br>        )<br>    Defendant.  )<br>_____) | CASE NO. 1:07-CR-00272 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference for Christina Davis, presently calendared for September 24, 2010, be continued to October 8, 2010.

This continuance is necessitated by the time needed for counsel to obtain an updated assessment regarding Ms. Davis' progress subsequent to removal of a brain tumor.

Ms. Davis was evaluated by her treating physician on September 10, 2010 regarding the extent, if any, of her physical and cognitive improvement.

The doctor's report has not been prepared as of the date of this stipulation. The additional week will allow sufficient time for defense counsel to obtain, review and, if appropriate, confer with counsel for the government, before the next court appearance regarding Ms. Davis' capacity to participate in a jury trial.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

1

DATED: September 20, 2010        /s/ Mark McKeon
                                 MARK MCKEON
                                 Assistant United States Attorney
                                 **This was agreed to by Mr. McKeon**
                                 **In person on September 20, 2010**


DATED: September 20, 2010        /s/ Roger K. Litm
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 CHRISTINA DAVIS

SO ORDERED:


DATED: September 20, 2010        /s/ Lawrence J. O'Neill
                                 LAWRENCE J. O'NEILL
                                 U.S. DISTRICT COURT JUDGE