```
BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

Attorneys for
  The United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br> CRISTINA DAVIS,             )<br>                             )<br>                             )<br>            Defendant.       )<br>_____) | NO. 1:07-cr-00272-LJO<br><br>MOTION AND ORDER TO DISMISS |

   The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against CRISTINA DAVIS, without prejudice in the interest of justice.

```
                              Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: December 11, 2010      /s/ Mark J. McKeon
                              MARK J. McKEON
                              Assistant U.S. Attorney
```

Motion to Dismiss and Order       1

<u>ORDER</u>

The Indictment against CRISTINA DAVIS is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

**Dated:   December 10, 2010**              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

Motion to Dismiss and Order     2